[Nos. 26348-3-II; 26366-1-II;    Division Two.    August 9, 2002.]
26381-5-II.

THE STATE OF WASHINGTON, *Respondent*, v. THANH CONG TRAN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. THI MARA LAM, *Defendant*.

THE STATE OF WASHINGTON, *Respondent*, v. SARAWUTH HEANG, *Appellant*.

Appeals from a judgment of the Superior Court for Clallam County, No. 00-1-00093-1, George L. Wood, J., entered August 16, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 26593-1-II.    Division Two.    August 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN MARK WICKERSHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-03003-8, Sergio Armijo, J., entered October 6, 2000. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 26735-7-II.    Division Two.    August 9, 2002.]

GOODWIN CONSTRUCTION, INC., *Appellant*, v. GEORGE SCHARDT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-2-00023-8, James B. Sawyer II, J., entered October 30, 2000. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Seinfeld, J.